**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____District of New Jersey_____

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Arbah Hotel Corp. | |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | Meadowlands View Hotel | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 2 2 – 3 3 2 6 1 9 0 | |
| **4. Debtor's address** | **Principal place of business**<br><br>2750 Tonnelle Avenue<br>Number    Street<br><br>North Bergen, NJ 07047<br>City               State   ZIP Code<br><br>Hudson<br>County | **Mailing address, if different from principal place of business**<br><br>Number    Street<br><br>P.O. Box<br><br>City               State   ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number    Street<br><br>City               State   ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

Debtor  Arbah Hotel Corp.  Case number *(if known)*
_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                              MM / DD / YYYY
         District _____ When _____ Case number _____
                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____
         District _____ When _____
                              MM / DD / YYYY
         Case number, if known _____

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page **2**

Debtor  Arbah Hotel Corp.    Case number *(if known)*
           Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____
City                State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49         ☐ 50-99       ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000
☐ 100-199     ☐ 200-999     ☐ 10,001-25,000                     ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☑ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor  Arbah Hotel Corp.                                    Case number *(if known)*
        Name

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/23/2023
            MM/ DD/ YYYY

X  /s/ Mark Wysocki                                  Mark Wysocki
Signature of authorized representative of debtor     Printed name

Title   Vice President and Operations Manager

### 18. Signature of attorney

X  /s/ Justin M Gillman                              Date  02/23/2023
Signature of attorney for debtor                           MM/ DD/ YYYY

Justin M Gillman
Printed name

Gillman, Bruton & Capone, LLC
Firm name

770 Amboy Avenue
Number     Street

Edison                                   NJ           08837
City                                     State        ZIP Code

_____                  jgillman@gbclawgroup.com
Contact phone                            Email address

038891997                                NJ
Bar number                               State

Fill in this information to identify the case:

Debtor name: Arbah Hotel Corp.

United States Bankruptcy Court for the: District of New Jersey

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Assured Partners  1317 Route 73 Suite101  Mount Laurel, NJ 08054 | | | | | | $76,731.00 |
| 2 | Cablevision Lightpath  1111 Stewart Avenue  Bethpage, NY 11714 | | | | | | $2,750.00 |
| 3 | Optimum  1111 Stewart Ave  Bethpage, NY 11714 | | | | | | $360.00 |
| 4 | Stonefield  92 Park Avenue  Rutherford, NJ 07070 | | | | | | $9,302.00 |
| 5 | Township of North Bergen  Attn: Building Department  4233 John F. Kennedy Blvd # 208  North Bergen, NJ 07047 | (201) 392-2051 | | | | | $95,000.00 |
| 6 | Township of North Bergen  Office of the Tax Collector  4233 Kennedy Blvd  North Bergen, NJ 07047 | | | | | | $91,943.00 |
| 7 | | | | | | | |
| 8 | | | | | | | |

| Debtor | Arbah Hotel Corp. | | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

IN RE: **Arbah Hotel Corp.**　　　　　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ____02/23/2023_____　Signature _____/s/ Mark Wysocki_____

　　　　　　　　　　　　　　　　　　　　Mark Wysocki, Vice President and Operations Manager

52 West Associates Co., LLC
1313 Third Avenue
New York, NY 10021


A.E.
c/o: REBENACK, ARONOW & MASCOLO, LLP
111 Livingston Avenue
New Brunswick, NJ 08901

Anthony F. Marano
PO Box 423
Malverne, NY 11565-0423


Assured Partners
1317 Route 73 Suite101
Mount Laurel, NJ 08054


ATCF II NJ LLC, TAXSERV AS CUST
PO Box 54972
New Orleans, LA 70154


Cablevision Lightpath
1111 Stewart Avenue
Bethpage, NY 11714


Kent Gross, Esq.
Morgan Legal Group, P.C.
299 Broadway, 17th Floor
New York, NY 10007


Seth D. Kaufman, Esq.
Fisher & Phillips LLP
7 Times Square, Suite 4300
New York, NY 10036

NATIONAL LABOR RELATIONS BOARD
20 WASHINGTON PLACE
Newark, NJ 07102

NATIONAL LABOR RELATIONS BOARD
Attn: Region 22
20 WASHINGTON PLACE, FIFTH FLOOR
Newark, NJ 07102

Optimum
1111 Stewart Ave
Bethpage, NY 11714

Silverberg Management, Inc.
2750 Tonnelle Ave.
North Bergen, NJ 07047

Steve Silverberg, Inc.
2750 Tonnelle Ave.
North Bergen, NJ 07047

Stonefield
92 Park Avenue
Rutherford, NJ 07070

Tango, Dickinson, Lorenzo,
McDermott & McGee, LLP
75 Main Street
Millburn, NJ 07041

The View Hotel, Inc.
2750 Tonnelle Ave.
North Bergen, NJ 07047

Township of North Bergen
Office of the Tax Collector
4233 Kennedy Blvd
North Bergen, NJ 07047

Township of North Bergen
Attn: Building Department
4233 John F. Kennedy Blvd # 208
North Bergen, NJ 07047

**United States Bankruptcy Court**
**District of New Jersey**

In re **Arbah Hotel Corp.**　　　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　Chapter　**11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Arbah Hotel Corp.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**02/23/2023**　　　　　　　　　　　　**/s/ Justin M Gillman**
Date　　　　　　　　　　　　　　　　　**Justin M Gillman**
　　　　　　　　　　　　　　　　　　Signature of Attorney or Litigant
　　　　　　　　　　　　　　　　　　Counsel for **Arbah Hotel Corp.**
　　　　　　　　　　　　　　　　　　**Bar Number: 038891997**
　　　　　　　　　　　　　　　　　　**Gillman, Bruton & Capone, LLC**
　　　　　　　　　　　　　　　　　　**770 Amboy Avenue**
　　　　　　　　　　　　　　　　　　**Edison, NJ 08837**
　　　　　　　　　　　　　　　　　　**Phone: (732) 661-1664**
　　　　　　　　　　　　　　　　　　**Fax: (732) 661-1707**
　　　　　　　　　　　　　　　　　　**Email: jgillman@gbclawgroup.com**