# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## NEWARK DIVISION

IN RE: **Arbah Hotel Corp.**

CHAPTER **11**

DEBTOR(S)

CASE NO **23-11467**

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Steve Silverberg** | | 85% | |
| **Mark Wysocki** | | 15% | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Vice President and Operations Manager** of the **Nonpublic Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **02/23/2023**

Signature: /s/ Mark Wysocki

*Mark Wysocki, Vice President and Operations Manager*